## ROBBINS v. McLEAN.

*Appeal from Decatur District Court — Friday, July 22.*

ACTION for the specific performance of a contract to convey real estate. The case turned entirely upon questions of fact. The judgment below, dismissing plaintiff's bill, was reversed because not sustained by the evidence — WRIGHT, J., delivering the opinion of the court.

*J. W. Penney* for the appellant — *John W. Harvey* for the appellee.

## LONG v. MEYER *et al.*

*Appeal from Jasper District Court — Friday, July* 22.

THIS case turned entirely upon facts, no questions of law that would be of interest to the profession being involved, and the judgment below was affirmed as being sustained by the evidence — WRIGHT, J., delivering the opinion.

*Winslow & Wilson* for the appellant — *Clark & Ryan* for the appellee.